# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: vbelizari | Date Created: 10/17/2018 |
| Case: 1−18−45965−nhl | Form ID: 763 | Total: 2 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db          Carline Angeline Williams          664 East 77th Street          Brooklyn, NY 11236
smg          Office of the United States Trustee          Eastern District of NY (Brooklyn Office)          U.S. Federal Office
Building          201 Varick Street, Suite 1006          New York, NY 10014

                                                                                        TOTAL: 2