UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re:                                                                          Chapter 11

Carline Angeline Williams                                        Case No. 18-45965-nhl
dba JJJCC & K Management Corp.,

                                        Debtor.
-----------------------------------------------------------x

## ORDER DISMISSING CASE WITH PREJUDICE

Upon the motion (the "Motion") of William K. Harrington, United States Trustee for Region 2 (the "United States Trustee"), filed on November 20, 2018 to dismiss this case with prejudice and impose a two year bar on refiling or, in the alternative, convert case to one under chapter 7, pursuant to 11 U.S.C. § 1112(b); and no objection having been filed; and a hearing having been held on December 20, 2018, at which Marylou Martin (Counsel to the United States Trustee), Gary Ravert (Counsel for Stuyvesant Funding), and Carline Williams (the Debtor) appeared and were heard; and it appearing that appropriate notice having been given; and after due deliberation and sufficient cause appearing therefor; it is hereby

**ORDERED**, that the Motion is granted to the extent set forth herein; and it is further

**ORDERED**, that the case of Carline Angeline Williams dba JJJCC & K Management Corp., commenced under chapter 11 of the Bankruptcy Code, is dismissed pursuant to 11 U.S.C. §§ 349(a) and 1112(b), with prejudice to the Debtor refiling any bankruptcy case for the two-year period following the date of entry of this Order without leave of the Court obtained on prior notice to the United States Trustee; and it is further

**ORDERED**, that the Debtor pay to the United States Trustee the appropriate sum required, if any, pursuant to 28 U.S.C. § 1930, within ten (10) days of the entry of this Order and simultaneously provide to the United States Trustee an appropriate affidavit indicating the cash disbursements, if any, for the relevant period.



Dated: January 12, 2019　　　　　　　　　　　　　　　　　　　　Nancy Hershey Lord
Brooklyn, New York　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge